**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MOHAMED YOUNIS ZAKAREIA** **#A221-148-478** | **CIVIL ACTION NO. 25-1616 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## <u>JUDGMENT</u>

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge (R. Doc. 13), recommending that the habeas petition filed by Mohamed Younis Zakareia ("Petitioner") be granted because there is no significant likelihood of Petitioner's removal in the foreseeable future. The Government has not objected to the R&R. Having conducted a de novo review of the record, and finding that the Magistrate Judge's recommendation is correct under applicable law, the Court adopts the R&R as its opinion. Accordingly,

IT IS HEREBY ORDERED that the Habeas Petition (R. Doc. 1) is **GRANTED** and the Petitioner shall be released under appropriate conditions to be determined by the Department of Homeland Security.

THUS ORDERED AND SIGNED in Chambers this 17th day of April, 2026.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**